

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2014

No. 04-14-00566-CR

**IN RE** Joe L. **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On August 8, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 28th, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR6926, styled *The State of Texas v. Joe L. Martinez*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.